UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEBBA CAMARA,

        Petitioner,

v.

A. NEIL CLARK,

        Respondent.

No. C08-1327 MJP

ORDER ADOPTING REPORT & RECOMMENDATION AND DENYING PETITION FOR BAIL HEARING OR BOND REDUCTION

This matter comes before the Court on a Report and Recommendation[1] (Dkt. No. 18) by Magistrate Judge Brian Tsuchida on Respondent's motion to dismiss Mr. Camara's "Petition for Bail Hearing Pursuant to Kim v. Zigler." (Dkt. No. 11.) Judge Tsuchida has recommended granting the motion. Having reviewed the motion, the Report and Recommendation, Petitioner's additional filings, including a second request for bond reduction (Dkt. Nos. 19-21), and the balance of the record, the Court ADOPTS the Report and Recommendation and GRANTS Respondent's motion to dismiss.

---

[1] The Court hereby corrects the statement in Judge Tsuchida's Report & Recommendation that "ICE will remove petitioner to Mexico or release him" once his legal proceedings are complete. (Dkt. No. 18 at 6.) Because Petitioner Camara is a citizen of Gambia, he will likely be removed to Gambia, not Mexico.

ORDER - 1

1       Mr. Camara's petition challenges his detention by the U.S. Immigration and Customs

2 Enforcement ("ICE") during the pendency of his removal proceedings. (Dkt. No. 1.) Mr. Camara

3 requests a bail hearing before this Court, but the Attorney General's decision to set Mr. Camara's

4 bond at $16,000 is not subject to judicial review. Prieto-Romero v. Clark, 534 F.3d 1053, 1058 (9th

5 Cir. 2008) (citing 8 U.S.C. § 1226(e)). Neither is Mr. Camara's detention "indefinite" or

6 "potentially permanent" as was found improper in Zadvydas v. Davis, 533 U.S. 678 (2001). For

7 these reasons, the Court must deny Mr. Camara's request for a bail hearing (Dkt. No. 1) and his

8 request for bond reduction (Dkt. No. 21). Respondent's motion is granted and this case is hereby

9 DISMISSED with prejudice.

10       The Clerk is directed to send copies of this order to all counsel of record and to send a copy

11 by mail to Petitioner. The Clerk is also directed to respond to Mr. Camara's request for "lawsuit

12 forms" (Dkt. Nos. 19 & 20) by mailing him the standard complaint form for a § 1983 claim.

13       Dated: February 12, 2009

Marsha J. Pechman
U.S. District Judge

ORDER - 2